IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP - 7 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

DAVID LUCAS and SUSAN LUCAS,
Personally and as the next of friends of
their natural children, Taylor B. Lucas
and Blaire N. Lucas,

   Plaintiffs.

v.

UNITED FABRICATING, INC.,
a Pennsylvania Corporation,

   Defendant.

Civil Action No. 5:06-CV-154

## AGREED ORDER

Upon agreement of the parties, by counsel, the Court extends the deadline for filing responses to dispositive motions from September 14, 2007, to September 21, 2007 and extends the deadline for replies to responses to dispositive motions from September 25, 2007 to October 5, 2007.

Dated this 6th day of September, 2007.

ENTERED:

/s/ Frederick P. Stamp
FREDERICK P. STAMP, JR., JUDGE

Approved for entry by:

/s/ Ronald Wm. Kasserman
Ronald Wm. Kasserman (WVSB#1958)
Counsel for Plaintiffs

/s/ Bradley H. Thompson (by consent)
Bradley H. Thompson (WVSB #3739)
Local counsel for Defendant