IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DAVID LUCAS and SUSAN LUCAS,
personally and as the next
friend of their natural
children, TAYLOR B. LUCAS
and BLAIR N. LUCAS,

  Plaintiffs,

v.              Civil Action No. 5:06CV154
                    (STAMP)
UNITED FABRICATING, INC.,
a Pennsylvania corporation,

  Defendant.

## ORDER GRANTING MOTION TO SEAL

On October 5, 2007, the defendant, United Fabricating, Inc. ("UFI"), filed a motion to seal Exhibit 1 of its reply to plaintiff's response to defendant's motion for summary judgment. Exhibit 1 is a Release and Settlement Agreement that resulted from a settlement in Civil Action No. 04-C-247 in the Circuit Court of Ohio County, West Virginia.  For good cause shown, and because of the confidential nature of the exhibit, the defendant's motion to seal is GRANTED.  Exhibit 1 will be held under seal subject to being unsealed by a future order for good cause shown upon proper application to this Court.  Counsel for United Fabricating, Inc. is DIRECTED to immediately deliver a copy of Exhibit 1 to the Clerk of Court to be filed UNDER SEAL by the Clerk.

  IT IS SO ORDERED.

  The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:      October 5, 2007

                                    /s/ Frederick P. Stamp, Jr.
                                    FREDERICK P. STAMP, JR.
                                    UNITED STATES DISTRICT JUDGE