IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DAVID LUCAS and SUSAN LUCAS,
personally and as the next
friend of their natural
children, TAYLOR B. LUCAS
and BLAIR N. LUCAS,

    Plaintiffs,

v.                                             Civil Action No. 5:06CV154
                                                                              (STAMP)
UNITED FABRICATING, INC.,
a Pennsylvania corporation,

    Defendant.

**ORDER VACATING PRETRIAL CONFERENCE AND MEDIATION**

    This Court has been advised that the matters in controversy in the above-styled civil action have been compromised and settled. Accordingly, it is ORDERED that the pretrial conference scheduled to be held on November 13, 2007 is hereby VACATED. In addition, it is further ORDERED that the mediation scheduled on November 14, 2007 in this civil action is hereby VACATED.

    An infant settlement hearing will be scheduled by separate order.

    IT IS SO ORDERED.

    The Clerk is directed to transmit a copy of this order to counsel of record herein and to United States Magistrate Judge James E. Seibert.

    DATED:     November 9, 2007

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE