IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DAVID LUCAS and SUSAN LUCAS,
personally and as the next
friend of their natural
children, TAYLOR B. LUCAS
and BLAIR N. LUCAS,

    Plaintiffs,

v.                          Civil Action No. 5:06CV154
                                    (STAMP)

UNITED FABRICATING, INC.,
a Pennsylvania corporation,

    Defendant.

### ORDER RESCHEDULING TIME OF INFANT SETTLEMENT HEARING

On November 13, 2007, this Court entered an order scheduling an infant settlement hearing in the above-styled civil action. In that order, the Court stated that in the event that the trial scheduled for this date was not held, the infant settlement hearing would be rescheduled. Accordingly, the infant settlement hearing will now be held on **November 27, 2007 at 9:00 a.m.**

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    November 21, 2007

                                            /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE